UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES HUNTER RENE** | **CIVIL ACTION** |
| **VERSUS** | **NO.:** |
| **OCIE G REE, SEEVER SQUARED LOGISTICS, LLC, & KNIGHT SPECIALTY INSURANCE** | |

## COMPLAINT

Plaintiff, James Hunter Rene, a resident of Livingston Parish, State of Louisiana respectfully represent:

1.

Defendants in this action are:

A. **Ocie G. Ree**, who upon information and belief is a major individual and a citizen of the United States and the State of Texas, and at all times pertinent hereto, employed by Seever Squared Logistics, LLC. Ocie G. Ree can be served at 301 W. Little York Road, 2122, Houston Texas, 70775;

B. **Seever Squared Logistics, LLC**, upon information and belief, a Texas Limited Liability Company domiciled in Texas; therefore, a citizen of the United States and the State of Texas. Seever Squared Logistics, LLC may be served at 306 Lone Star Boulevard, Hutto, Texas 78634; and

C. **Knight Specialty Insurance**, upon information and belief, a foreign insurance company domiciled in California; therefore, a citizen of the United States and the State of California.

Knight Specialty Insurance may be served at Brandywine Village, 1807 N. Market Street, Wilmington, DE 19802.

2.

This Court has subject matter jurisdiction under 28 U.S.C. 1332.

3.

Venue is proper in this judicial district under 28 U.S.C. 1391 because the acts and events alleged herein occurred in this judicial district.

4.

The plaintiff, James H. Rene, suffered injuries from an automobile accident which occurred in East Baton Rouge Parish, Louisiana wherein the defendant, Ocie G. Ree, was the operator of a vehicle owned by Seever Squared Logistics, both defendants are residents of the State of Texas. The subject vehicle owned by Seever Squared Logistics was insured with Knight Specialty Insurance.

5.

On or about October 19, 2022, Petitioner, James H. Rene, was operating a 2015 Jeep Cherokee bearing VIN Number 1C4PJLCB5FW781078 and Louisiana License Plate Number ZKY974. The subject vehicle is owned by Kandice D. Bond.

6.

Petitioner was traveling eastbound on I-10 in the center lane when he was struck by the defendant, Ocie G. Ree, who was operating a 2016 TT Mack truck bearing VIN Number 1M1AW21Y5GM056814 and a California License Plate Number 4UD6587. The subject vehicle is owned by Seever Squared Logistics, LLC.

7.

At the time immediately prior to the subject collision, Ree was traveling eastbound in the right lane when he attempted to change lanes into the center lane, where the petitioner had already been traveling.

8.

Upon information and belief, the defendant, Ree, observed the petitioner, Rene, traveling in the center lane, and failed to yield to favored traffic, causing the subject collision.

9.

Upon information and belief, Ocie G. Ree was in the course and scope of employment with Seever Squared Logistics, LLC at the time of the subject incident.

10.

Plaintiff specifically alleges that Defendant, Seever Squared Logistics, LLC, as supervising authority, is liable for his failure to properly hire, train, and supervise, the defendant, Ocie G. Ree, while employed by or acting as an agent of Seever Squared Logistics, LLC.

11.

Seever Squared Logistics, LLC, as the employer of Ocie G. Ree, is vicariously liable for all actions or omissions committed by the defendant in the course and scope of his employment. Accordingly, Seever Squared Logistics, LLC, is liable for these acts.

12.

As a result of the above-described actions of the Defendants named herein, Plaintiff, James H. Rene, has suffered damages in the following non-exclusive particulars: past/present/future physical pain and suffering, past/present/future mental and emotional pain and suffering, past/present/future medical expenses, loss of wages and/or impairment of earning capacity,

past/present/future loss of enjoyment of life, scaring and disfigurement, and any other damages proven at trial.

**WHEREFORE**, Plaintiff, James H. Rene, prays that the Defendants herein be served and cited with this Complaint, and after all legal delays and due proceedings had, there be judgment herein in favor of plaintiff, and against defendants, Ocie G. Ree, Sever Squared Logistics, LLC, and Knight Specialty Insurance jointly, severally, and in solido, for all damages as prayed for herein, together with legal interest from the date of judicial demand, until paid; for all costs of these proceedings and for all general and equitable relief as this Court deems fit. Plaintiff further prays for a trial by jury.

Respectfully Submitted,

**FINI LAW FIRM**

**/s/ Amira A. Makke**
Amira A Makke, #37291
Fini Law Firm
405 St. Ferdinand Street
Baton Rouge, Louisiana 70802
P: 225-444-5587
E: amira@finifirm.com